UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| BETH HERMAN, | ) Case No.: |
| Plaintiff, | ) |
| v. | ) Hon. 8:16-CV-2467-T-36AAS |
| FIRST NATIONAL BANK OF OMAHA, | ) |
| Defendant. | ) |

## PLAINTIFFS' COMPLAINT

BETH HERMAN (Plaintiff), through her attorneys, alleges the following against FIRST NATIONAL BANK OF OMAHA. (Defendant):

### INTRODUCTION

1. Plaintiff's Complaint is based on Telephone Consumer Protection Act, 28 U.S.C. § 227 *et seq.* (TCPA).

### JURISDICTION AND VENUE

2. Jurisdiction of this Court over Plaintiff's Complaint arises pursuant to 28 U.S.C. § 1331.

3. Because Defendant conducts business in the State of Florida personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

### PARTIES

5. Plaintiff is a natural person who resides in Palm Harbor, Florida.

6. Plaintiffs are informed, believe, and thereon allege, that Defendant is a national company with a main business office in Omaha, Nebraska.

- 1 -

7. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

8. In or around October 2015, Defendant began constantly and consistently placing telephone calls to plaintiff in an attempt to collect a debt an alleged debt.

9. Defendant places telephone calls to Plaintiff BETH HERMAN on her cellular telephone at 631-645-1610.

10. Based upon the timing and frequency of Plaintiffs calls and per its prior business practices, each collection call placed by Defendant to Plaintiffs was placed using an automatic telephone dialing system.

11. On October 15, 2015 at 6:08 p.m., Plaintiff BETH HERMAN spoke with Defendant's male representative "Dave." During the conversation with Defendant's representative, Plaintiff told Defendant to stop calling her cell phone.

12. Plaintiff revoked any consent, either explicitly or implicitly, to receive automated telephone calls from Defendant on her cellular telephone.

13. Despite Plaintiffs' request to cease, Defendant placed one hundred and twenty-four (124) calls to Plaintiff.

## COUNT I

## DEFENDANT VIOLATED THE TELEPHONE CONSUMER PROTECTION ACT

14. Defendant's actions alleged *supra* constitute numerous negligent violations of the TCPA, entitling Plaintiff to an award of $500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B).

15. Defendant's actions alleged *supra* constitute numerous and multiple knowing and/or willful violates of the TCPA, entitling Plaintiff to an award of $1500.00 in

statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against the Defendant for the following

16. Statutory damages of $500.00 for each and every negligent violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(B);

17. Statutory damages of $1500.00 for each and every knowing and/or willful violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(b) and 47 U.S.C. § (b)(3)(C);

18. All court costs, witness fees and other fees incurred; and

19. Any other relief that this Honorable Court deems appropriate.

20. As a result of Defendant's alleged violations of law by placing these automated telephone calls to Plaintiff's cellular telephone after Plaintiff revoked any prior express consent, Defendant caused Plaintiff harm and/or injury such that Article III standing is satisfied in at least the following, if not more, ways:

    a. Invading Plaintiff's privacy;

    b. Electronically intruding upon Plaintiff's seclusion;

    c. Intrusion into Plaintiff's use and enjoyment of her cellular telephone;

    d. Impermissibly occupying minutes, data, availability to answer another call, and various other intangible rights that Plaintiff has a complete ownership and use of her cellular telephone;

Dated: August 16, 2016            RESPECTFULLY SUBMITTED,

By: /s/ James D. Pacitti .
James D. Pacitti
Attorney at Law
Law Office of James D. Pacitti
7120 Hayvenhurst Avenue, Suite 320
Van Nuys, California 91406
Tel: 818.809.2199
Fax: 818.809.2201
www.PacittiLawFirm.com